ANNA LEWANDOWSKI, PLAINTIFF-APPELLEE, v. POLONIA
PUBLISHING COMPANY, DEFENDANT-APPELLANT.

Submitted May 2, 1933—Decided September 27, 1933.

Before Justices PARKER, LLOYD and PERSKIE.

For the defendant-appellant, *Phillip Wendkos.*

For the plaintiff-appellee, *Grover C. Richman.*

The opinion of the court was delivered by

PERSKIE, J. This appeal seeks to review a judgment of
$180 for rent, recovered by plaintiff-appellee against defend-
ant-appellant.

The practice on appeal is settled. It is clear and simple.
It must be followed. The record submitted, in the instant
case, is defective in the following particulars: (1) The state
of the case does not contain an index. (Supreme Court rule
155-b). (2) There are no specifications of determinations
with respect to which appellant is dissatisfied in point of law.
(Supreme Court rule 145). *Galvin* v. *Ostrander Fire Brick
Co.,* 84 *N. J. L.* 530; 87 *Atl. Rep.* 84. (3) The facts ap-
parently settled by the trial judge are not signed by him as
required by section 213-b, of District Court act (2 *Comp.
Stat., p.* 2016). *Bierman* v. *Reinhorn,* 71 *N. J. L.* 422;
58 *Atl. Rep.* 1083, and are vague, uncertain and ambiguous
as to alleged issues.

Unless this court has obtained jurisdiction by the perfection
of the appeal in the court below, in accordance with the settled
practice prescribed by law, it has no power to act in the
premises.

The appeal is dismissed, with costs.